IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT TERRELL YEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cv-039-ID |
| | ) | |
| | ) | |
| CAPT. A.J. HARDY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #7) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a. The Recommendation of the Magistrate Judge is ADOPTED;

b. Plaintiff's claims against the Montgomery City Jail are DISMISSED with prejudice, prior to service of process, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

c.      This case, with respect to the remaining Defendants, is REFERRED back to the Magistrate Judge for additional proceedings.

Done this 23rd of February, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE