IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT YEAGER, | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-39-MEF |
| | | (WO) |
| CAPT. A.J. HARDY, *et al.*, | * | |
| Defendants. | * | |

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #38) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED that

1. The Recommendation (Doc. #38) of the Magistrate Judge is ADOPTED;

2. The joint stipulation of dismissal (Doc. #37) is GRANTED; and

3. This case be DISMISSED in its its entirety with prejudice, each party to bear their own costs and expenses.

DONE this the 3rd day of October, 2011.

                                                            /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE