IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT YEAGER,                    *

    Plaintiff,                    *

    v.                             *        2:11-CV-39-MEF
                             (WO)

CAPT. A.J. HARDY, *et al.*,        *

    Defendants.                   *

_____

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that this case is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 3rd day of October, 2011.



                                  /s/ Mark E. Fuller
                         UNITED STATES DISTRICT JUDGE